# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# Case Number 1:18-CV-00164-MR

| | |
|---|---|
| METROPOLITAN LIFE INSURANCE COMPANY,<br>  Plaintiff,<br><br>v.<br><br>STELLETTA SMITH-HOWELL and TRAVIS FLACK,<br>  Defendants,<br><br>and<br><br>STELLETTA SMITH-HOWELL,<br>  Cross-Claimant,<br><br>v.<br><br>TRAVIS FLACK,<br>  Cross-Defendant. | **JUDGMENT IN CASE** |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's February 28, 2020 Memorandum of Decision and Order.

Signed: February 28, 2020

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court